PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 22CR02511-001-CAB |
| DOCKET NUMBER (Rec. Court) | 2:25-cr-00164-APG-BNW |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Justo ZARAGOZA
District of Nevada

| DISTRICT | DIVISION |
|---|---|
| Southern California | San Diego |

**NAME OF SENTENCING JUDGE**
Cathy Ann Bencivengo
U.S. District Judge

| DATES OF Supervised Release | FROM 12/01/2023 | TO 11/30/2026 |
|---|---|---|

**OFFENSE**

8 U.S.C. § 1324(a)(2)(B)(iii), Bringing in Aliens Without Presentation, a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. ZARAGOZA has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/2/2025
Date

Cathy Ann Bencivengo
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 6, 2025
Effective Date

United States District Judge

mcs 8160531

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Justo Zaragoza
Case No.: **2:25-cr-00164-APG-BNW**

<u>**REQUESTING ACCEPTANCE OF JURISDICTION**</u>

June 4, 2025

TO:   United States District Judge

On March 3, 2023, Justo Zaragoza was sentenced in the Southern District of California by the Honorable Judge Cathy Ann Bencivengo to a term of 12 months and one (1) day imprisonment followed by three (3) years of supervised release for committing the offense of Bringing in Aliens without Presentation, a Class C Felony. On December 1, 2023, Zaragoza commenced his supervised release term in the District of Nevada, where he has remained.

Zaragoza has no intention of returning to the Southern District of California. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Cathy Ann Bencivengo has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.06.04 17:07:51 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Annis C. Seopaul Sones for*
Digitally signed by Annis C. Seopaul Sones
Date: 2025.06.04 12:34:38 -07'00'

Joy Gabonia
Supervisory United States Probation Officer